# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00438DAE |
| CASE NAME: | USA vs. (02) ANTHONY A. RUTLEDGE, SR., aka "Tony" Rutledge |
| ATTYS FOR PLA: | Edmund P. Power<br>John F. Cox, III |
| ATTYS FOR DEFT: | (02) William C. McCorriston<br>Paul B.K. Wong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/2/2006 | TIME: | 2:04-2:27 |

COURT ACTION:  EP: EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant present, not in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 9 of the Third Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Parties waive the 10 day period to object. Parties waive the right to object to any changes to the Pre-Sentence report already prepared.

SENTENCING to Count 9 of the Third Superseding Indictment set for 10:30 a.m. 2/3/06 before Judge David Alan Ezra.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager