IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 02-00438-02 DAE |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| ANTHONY A. RUTLEDGE, SR., aka | ) | |
| TONY RUTLEDGE, (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 9 of the Third Superseding Indictment. After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I further determined that the defendant intelligently, knowingly and voluntarily waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawai`i, February 2, 2006.

GUILTY.R&R-PA



_Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge


**NOTICE**

    Failure to file written objections to this Report and
Recommendation within ten (10) days from the date of its service shall
bar an aggrieved party from attacking such Report and Recommendation
before the assigned United States District Judge.  28 U.S.C. §
636(b)(1)(B).

U.S.A. vs. ANTHONY A. RUTLEDGE, SR.; CR NO. 02-00438-02 DAE; REPORT
AND RECOMMENDATION CONCERNING PLEA OF GUILTY