ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at  10  o'clock and  55  min.  A  M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
Trial Attorneys
U.S. Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone:  (703) 299-3905
Facsimile:  (703) 842-4035
Email: edmund.p.power@usdoj.gov
       john.cox@usdoj.gov
       patrick.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> ANTHONY A. RUTLEDGE, SR., (02) ) <br> a/k/a "TONY" RUTLEDGE, ) <br>  ) <br> Defendant. ) <br> _____ ) | CR. NO. 02-00438-02 DAE-BMK <br><br> CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted,

a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 6, 2006, at Honolulu, Hawaii.

_____
ANTHONY A. RUTLEDGE
Defendant

_____
WILLIAM C. MCCORRISTON, Esq.
Attorney for Defendant

APPROVED:

_____
EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
United States Department of
  Justice

2