# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00438DAE |
| CASE NAME: | USA v. (02) Anthony A. Rutledge, Sr. Aka "Tony" Rutledge, |
| ATTYS FOR PLA: | Edmund P. Power, John F. Cox, III |
| ATTYS FOR DEFT: | (02) Jeffrey M. Rawitz, William C. McCorriston, Paul B.K. Wong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 2/6/2006 | TIME: | 10:14 - 10:28 |

COURT ACTION:  EP: M/Withdraw Not Guilty Plea and to Plead Anew as to (02) Anthony A. Rutledge, Sr. Aka "Tony" Rutledge - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count 9 of the Third Superseding Indictment.
Remaining counts to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of his right to file objection to Report and Recommendation within 10 days.
Deft waived right to file an objection within 10 days.

Deft waived right to a Supplemental Pre-Sentence Investigation Report.

SENTENCING 2-6-06 @ 11:15 a.m., DAE.
Bail to continue.

Submitted by Richlyn Young, Courtroom Manager