IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>AARON A. RUTLEDGE, ANTHONY )<br>A. RUTLEDGE, SR., a/k/a/ "TONY" )<br>RUTLEDGE, STAR-BEACHBOYS, )<br>INC.,  )<br>)<br>Defendants.  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | Criminal No. 02-00438<br><br>DECLARATION OF HOWARD GLICKSTEIN; EXHIBIT "B" |

<u>DECLARATION OF HOWARD GLICKSTEIN</u>

HOWARD GLICKSTEIN declares as follows:

1. I am one of the attorneys for Unity House, Inc. in Receivership. The statements made herein are within my personal knowledge unless otherwise indicated.

2. My Declaration filed herein on December 1, 2005, purported to attach as Exhibit A a true and correct copy of the Findings of Fact and Conclusions of Law entered in Civil No. 99-2545-07 in the Circuit Court of the First Circuit, State of Hawaii, on February 7, 2005. Through inadvertence, a copy of the Findings of Fact

and Conclusions of Law; Order Granting Plaintiff's Motion for Preliminary Injunction Against Hanohano Enterprises, Hanohano Enterprises, Incorporated and The Hanohano Family, Inc. filed on October 17, 2005, was attached as Exhibit A.

3. In order to correct this mistake, a true and correct copy of Findings of Fact and Conclusions of Law entered in Civil No. 99-2545-07 in the Circuit Court of the First Circuit, State of Hawaii, on February 7, 2005, is attached hereto as Exhibit B.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 9, 2006.

_/s/ Howard Glickstein_
HOWARD GLICKSTEIN