UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>AARON A. RUTLEDGE, ANTHONY<br>A. RUTLEDGE, SR., a/k/a "TONY"<br>RUTLEDGE, STAR-BEACHBOYS,<br>INC.,<br><br>        Defendants. | Criminal No. 02-00438 DAE<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents were served by U.S. Mail upon the following parties and/or interested persons at the following addresses on May 19 , 2006:

William C. McCorriston, Esq.
Paul B. Wong, Esq.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel.: (808) 529-7300
Fax: (808) 535-8026

Attorneys for Defendant Anthony A. Rutledge, Sr.

Frederick L. McKnight, Esq.
John D. Cline, Esq.
Jones Day
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013
Tel.: (213) 489-3939
Fax: (213) 243-2539

Attorneys for Defendant Anthony A. Rutledge, Sr.



Edward H. Kubo, Jr., Esq.
U.S. Attorney
Florence T. Nakakuni, Esq.
Asst. U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96850
Tel.: (808) 541-2850
Fax: (808) 541-2958

Attorneys for Plaintiff, United States of America

Edmund P. Power, Esq.
U.S. Department of Justice
Tax Division, Criminal Enforcement Division
950 Pennsylvania Ave. NW, Room 4132
Washington, DC 20530
Tel: (202) 514-2007

Attorney for Plaintiff, United States of America

Patrick T. Murphy, Esq.
U.S. Department of Justice, Criminal Division
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 307-3338
Fax: (202) 616-1344

Attorney for Plaintiff, United States of America

Victor Sherman, Esq.
2115 Main Street
Santa Monica, CA 90405
Tel.: (310) 399-3259
Fax: (310) 392-9029

Attorney for Defendant Star Beachboys, Inc.

Dennis E. W. O'Connor, Jr., Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street
24th Floor
Honolulu, HI 96813
Tel.: (808) 245-3450
Fax.: (808) 245-1857

Attorney for Defendant Star Beachboys, Inc.

2



Brian J. DeLima, Esq.
101 Aupuni St., #133
Hilo, Hawaii 96720
Tel.: (808) 969-7707
Fax: (808) 969-6606

Attorney for Defendant Aaron A. Rutledge

Eric A. Seitz, Esq.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Tel.: (808) 533-7434
Fax: (808) 545-3608

Attorney for the Unity House, Inc., Board of Directors (Anthony Rutledge, Jr., Arlene Ilae, Randall Harakal, Bob Fishman, Randy Borges, Berna Iosua, Michael Green, Norberto Castillo, Sonny Dudoit, James Boersema, Mel Kahele, Juliet Spencer)

Randall Harakal, Esq.
Unity House, Inc.
1701 Ala Wai Blvd.
Honolulu, Hawaii 96815
Tel.: (808) 945-0500
Fax: (808) 944-0056

Senior VP & Treasurer, Unity House, Inc.

Anthony Rutledge, Jr.
Unity House, Inc.
1701 Ala Wai Blvd.
Honolulu, Hawaii 96815
Tel.: (808) 945-0500
Fax: (808) 944-0056

President, Unity House, Inc. Board of Directors

Keith Hiraoka, Esq.
Roeca, Louie & Hiraoka, LLP
900 Davies Pacific Center
841 Bishop Street
Suite 900
Honolulu, Hawaii 96813
Tel.: (808) 538-7500
Fax: (808) 521-9648

Attorney for Arlene Ilae

3



John D. Marshall, Esq.
Nagle & Marshall, LLP
Three Waterfront Plaza
500 Ala Moana Boulevard, Suite 450
Honolulu, Hawaii  96813
Tel.:  (808) 523-3834
Fax:   (808) 545-1835

Attorney for AOAO Pat's at Punaluu

Corey Y.S. Park, Esq.
Park, Johnson, Park & Niles
ASB Tower
Suite 1300
1001 Bishop Street
P.O. Box 4438
Honolulu, Hawaii  96812
Tel.:  (808) 524-1212
Fax:   (808) 528-1654

Attorney for AOAO Hanohano Hale and
Bank of Hawaii Insurance Services, Inc.

Jonathan S. Durrett, Esq.
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii  96813
Tel.:  (808) 526-0892
Fax:   (808) 533-4399

Attorney for Hanohano Enterprises, Inc. and Hanohano Family, Inc.

William J. Gilardy, Jr., Esq.
1620 Ala Moana Boulevard, Suite 510
Honolulu, Hawaii  96815
Tel.:  (808) 545-3900

Attorney for Sarai Ann Kalai Hanohano Vahey

Roger S. Moseley, Esq.
Moseley, Biehl, Tsugawa, Lau & Muzzi, LLLC
Alakea Corporate Tower
1100 Alakea Street
23rd Floor
Honolulu, HI 96813
Tel.:  (808) 531-0490
Fax:   (808) 534-0202

Attorney for Douglas Himmelfarb

4



Grant K. Kidani, Esq.
Alan Ling Wong, Esq.
300 Kidani Law Center
233 Merchant Street
Honolulu, Hawaii 96813-2995
Tel.:  (808) 521-0933
Fax:  (808) 536-9138

Attorneys for Rudy Tam

Mark T. Shklov, Esq.
Shklov Berman & O'Connor
Suite 2800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii
Tel.:  (808) 585-8858
Fax:  (808) 599-4198

Attorney for Chabad Lubavitch of Hawaii, Inc.

J. Patrick Gallagher, Esq.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel.:  (808) 531-2023
Fax:  (808) 531-2408

Attorney for National Union Fire Insurance Co. of Pittsburgh, Pa.

T. Anthony Gill, Esq.
Gill & Zukeran
707 Richards Street
Suite 100
Honolulu, Hawaii 96813-4693
Tel.:  (808) 523-6777

Attorney for the *Aarona* plaintiffs (Kaleo Aarona, Luanne Fujinaka,
Stella Galon, Eric Gill, Brian Goo, Godfrey Maeshiro, Dominador
Molina, Robin Murayama, Tammy Omoso, Ilia Patlidzanov, Bruce
Robertson, Maria Salantes, William Simon, Hernando Tan, Lois
Tanaka, UNITE HERE Local 5)

Jeffrey S. Portnoy, Esq.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel.:  (808) 521-9200
Fax:  (808) 521-9210

Attorney for Unity House, Inc.



David J. Gierlach, Esq.
500 Ala Moana Blvd.
Suite 5-330
Honolulu, Hawaii 96813-4727
Tel.:  (808) 521-3336
Fax: (808) 526-2275

Attorney for Unity House, Inc.

Craig K. Hirai, Esq.
Bowen Hunsaker Hirai
733 Bishop Street, Suite 2020
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Tel.:  (808) 526-2020
Fax:   (808) 526-2021

Attorney for Unity House, Inc., in Receivership

May Ferguson
Revenue Agent
Internal Revenue Service
4330 Watt Avenue
Sacramento, California 95821
Tel.:  (916) 974-5225

Jann Tompkins
Special Agent
Asset Forfeiture Coordinator
Internal Revenue Service
915 Second Avenue, Rm. 3250
Seattle, Washington 98174
Tel:   (206) 220-5847
Fax:   (206) 220-5864

Howard Glickstein, Esq.
345 Queen Street
Suite 200
Honolulu, Hawaii 96813
Tel.:  (808) 528-5200
Fax:   (808) 531-5315

Attorney for Unity House, Inc., in Receivership



Steven M. Egesdal, Esq.
Carlsmith Ball LLP
ASB Tower
Suite 220
1001 Bishop Street
Honolulu, Hawaii 96813
Tel.:  (808) 523-2546
Fax:  (808) 523-0842

Attorney for Unity House, Inc., in Receivership

Walter Beh, II, Esq.
Jason Tani, Esq.
Devon Peterson, Esq.
Rush Moore LLP
737 Bishop Street
Pacific Guardian Center
Mauka Tower, Ste. 2400
Honolulu, Hawaii 96813
Tel.:  (808) 521-0400
Fax: (808) 521-0597

Attorneys for Unity House, Inc., in Receivership

Philip R. Brown, Esq.
The Law Offices of Philip R. Brown
1001 Bishop Street
Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813
Tel:   (808) 523-5900
Fax:  (808) 529-0949

Attorney for Unity House, Inc., in Receivership

Brian A. and Joan G. Anderson
P.O. Box 1237
Kamuela, Hawaii 96743

Kent D. Pelt
Vice President
Title Operations Manager & General Counsel
Fidelity National Title & Escrow of Hawaii, Inc.
201 Merchant Street, Suite 2100
Honolulu, Hawaii 96813
Tel.:  (808) 536-0404
Fax:  (808) 533-3173

/ / /

Dennis Enomoto
PY, Inc.
765 Amana Street, Suite 500
Honolulu, Hawaii 96814
Tel.:  (808) 949-8886


DATED:  Honolulu, Hawaii, May 19, 2006.


BROOK HART

Attorneys for Unity House, Inc., in
Receivership

8