IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 02-00438 DAE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| AARON A. RUTLEDGE, ) | |
| ANTHONY A. RUTLEDGE, SR., ) | |
| a/k/a "TONY" RUTLEDGE, STAR- ) | |
| BEACHBOYS, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on JUN 2 3 2006, a **filed** copy of the foregoing document was duly served upon the following at her/their last known address(es) in the manner indicated below:

HAND-DELIVERED          MAILED

(XXX)                             **BROOK HART, ESQ.**
                                       Melim Building
                                       333 Queen Street, Ste. 610
                                       Honolulu, Hawaii, 96813

                                       Attorneys for Receiver

| HAND-DELIVERED | MAILED | | |
|---|---|---|---|
| | (XXX) | **BRIAN DeLIMA, ESQ.**<br>Hilo Lagoon Center<br>101 Aupuni Street, Suite 133<br>Hilo, Hawaii, 96720<br><br>Counsel for Defendant<br>AARON A. RUTLEDGE | |
| (XXX) | | **PAUL B.K. WONG, ESQ.**<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii, 96813<br><br>Counsel for Defendant<br>ANTHONY A. RUTLEDGE, SR. | |
| (XXX) | | **DENNIS O'CONNOR, JR., ESQ.**<br>Pacific Guardian Center, 24th Floor<br>733 Bishop Street, Makai Tower<br>Honolulu, Hawaii, 96813<br><br>Counsel for Defendant<br>STAR BEACHBOYS, INC. | |

<u>HAND-DELIVERED</u>          <u>MAILED</u>

(XXX)                          **EDWARD H. KUBO, ESQ.**
                               Office of the United States Attorney
                               PJKK Federal Building
                               300 Ala Moana Boulevard
                               Honolulu, Hawaii, 96850

DATED:   Honolulu, Hawaii,  JUN 2 3 2006 _____.

*/s/*

GRANT K. KIDANI
ALAN L. WONG
Attorneys for Objectors
RUDY L.K. TAM and INVESTMENT
GROUP, LLC

3