McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON        # 995-0
PAUL B.K. WONG                #6014-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.:  (808) 529-7300
Facsimile No.:  (808) 535-8026
mccorriston@m4law.com; pwong@m4law.com

JONES DAY
BRIAN A. SUN (Pro Hac Vice)
JOHN D. CLINE (Pro Hac Vice)
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025
Telephone No.:  (213)489-3939
Facsimile No.:  (213) 243-2539
jrawitz@jonesday.com

Attorneys for Defendant
ANTHONY A. RUTLEDGE, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00438 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT ANTHONY A. |
| | ) | RUTLEDGE, SR.'S PARTIAL |
| vs. | ) | JOINDER TO OBJECTORS |
| | ) | RUDY L.K. TAM AND |
| AARON A. RUTLEDGE, ANTHONY | ) | INVESTMENT GROUP, LLC'S |
| A. RUTLEDGE, SR., a/k/a "TONY" | ) | OBJECTION AND FIRST |
| RUTLEDGE, STAR-BEACHBOYS, | ) | AMENDED OBJECTION TO |
| INC., | ) | STIPULATED PROPOSED ORDER |
| | ) | DISCHARGING THE RECEIVER, |
| Defendants. | ) | FILED ON JUNE 23, 2006; |
| | ) | CERTIFICATE OF SERVICE |

141456.3

DEFENDANT ANTHONY A. RUTLEDGE, SR.'S
PARTIAL JOINDER TO OBJECTORS RUDY L.K. TAM
AND INVESTMENT GROUP, LLC'S OBJECTION AND
FIRST AMENDED OBJECTION TO STIPULATED PROPOSED
ORDER DISCHARGING THE RECEIVER, FILED ON JUNE 23, 2006

COMES NOW Defendant ANTHONY A. RUTLEDGE, SR. ("Mr. Rutledge"), by and through his undersigned counsel, and respectfully joins in part to Objectors Rudy L.K. Tam and Investment Group LLC's Objection to Stipulated Proposed Order Discharging Receiver Filed on June 5, 2006 (filed herein on June 23, 2006) and Objectors Rudy L.K. Tam and Investment Group LLC's First Amended Objection to Stipulated Proposed Order Discharging Receiver Filed on June 5, 2006 (filed herein on June 23, 2006). Mr. Rutledge joins in the arguments that Federal case law prohibits the granting absolute immunity to court-appointed receivers. Mr. Rutledge, like other beneficiaries of Unity House, Inc., may have had had privileges and/or rights impinged by the Receiver in the above-referenced matter and through this Joinder, hereby reserves any rights to seek appropriate redress.

DATED: Honolulu, Hawaii, JUN 2 9 2006 .

WILLIAM C. McCORRISTON
PAUL B.K. WONG
BRIAN A. SUN
JOHN D. CLINE
Attorneys for Defendant
ANTHONY A. RUTLEDGE, SR.

141456.3

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>AARON A. RUTLEDGE, ANTHONY A. RUTLEDGE, SR., a/k/a "TONY" RUTLEDGE, STAR-BEACHBOYS, INC.,<br><br>    Defendants. | Cr. No. 02-00438 DAE<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons:

**Served Electronically through CM/ECF:**

FLORENCE T. NAKAKUNI, ESQ.   Florence.nakakuni@usdoj.gov   June 29, 2006
   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

BRIAN J. DeLIMA, ESQ.   delima@bigislandlawyers.com   June 29, 2006
   Attorney for Defendant
   AARON A. RUTLEDGE

141456.3

| | | |
|---|---|---|
| BROOK HART, ESQ. | hartlaw@hawaii.rr.com | June 29, 2006 |
| FRED H. ALTSHULER, ESQ.<br>   Attorney for Receiver | faltshuler@altshulerberzon.com | June 29, 2006 |

**Served by First Class Mail:**

EDMUND P. POWER, ESQ.                                                June 29, 2006
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

JOHN F. COX III, ESQ.                                                June 29, 2006
U.S. Department of Justice
Tax Division, Criminal Enforcement Div.
950 Pennsylvania Ave NW Room 4132
Washington, DC 20530
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

VICTOR SHERMAN, ESQ.                                                 June 29, 2006
Sherman & Sherman
2115 Main Street
Santa Monica, CA  90405
    Attorneys for Defendant
    STAR BEACHBOYS, INC.

141456.3                              2

**Served by Hand Delivery:**

GRANT K. KIDANI, ESQ.                                        June 30, 2006
ALAN L. WONG, ESQ.
Kidani Law Center
233 Merchant Street, Suite 300
Honolulu, Hawaii 96813
   Attorneys for Objectors
    RUDY L.K. TAM and
    INVESTMENT GROUP, LLC

DENNIS O'CONNOR, JR., ESQ.                                   June 30, 2006
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
   Attorneys for Defendant
    STAR BEACHBOYS, INC.

DATED: Honolulu, Hawaii, _____JUN 2 9 2006_____.

_____
WILLIAM C. McCORRISTON
PAUL B.K. WONG
BRIAN A. SUN
JOHN D. CLINE

Attorneys for Defendant
ANTHONY A. RUTLEDGE, SR.

141456.3                          3