

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10060 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00438-DAE |
| v. | |
| AARON A. RUTLEDGE; et al., | **JUDGMENT** |
| Defendants - Appellants. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

   Appeal from the United States District Court for the District of Hawaii (Honolulu).

   On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.


Filed and entered 05/11/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 22 2006

by: _____
    Deputy Clerk